# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL SANDUSKY<br><br>Plaintiff,<br><br>v.<br><br>BERGER LAW GROUP, P.C. and<br><br>FIRST CITIZENS COMMUNITY BANK f/k/a HUNTINGDON VALLEY BANK<br><br>Defendants. | Civil Case No: 2:25-cv-05698-KBH |

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Amended Complaint has been served via the Court's Electronic Notification System, on this date, upon the following:

Paul C. Troy, Esq.
Andrew M. Lumberton, Esq.
Kane, Pugh, Lnoell, Troy & Kramer LLP
4 Sentry Parkway East, Suite 100
Blue Bell, PA 19422

| | |
|---|---|
| December 26, 2025 | /s/ Sean P. Mays<br>Sean P. Mays, Esq. (I.D. No. 307518)<br>The Mays Law Firm, P.C.<br>65 W. Street Road, Suite B102<br>Warminster, PA 18974<br>(215) 792-4321 telephone and fax<br>sean@maysfirm.com |